CARL H. PEARSON, Appellant, *v.* MARY WILLIAMS, Individually and as Executrix of AUGUST WILLIAMS, Deceased, Respondent.

(Argued April 18, 1934; decided May 22, 1934.)

*Louis W. Severy* for appellant.

*Oscar S. Blinn* and *Eugene E. Kelly* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.